Clarence P. MARTIN, *Appellant* v. Ralph L. Jones,
d/b/a Mountair Pharmacy, *Respondent*

No. 7766. Decided Sept. 15, 1953. (261 P. 2d 174.)

*McCullough, Boyce & McCullough,* Salt Lake City, for
appellant.

*Stewart, Cannon & Hanson, Edward M. Garrett, Ernest
F. Baldwin, Jr.,* Salt Lake City, for respondent.

PER CURIAM.

This case was reargued upon rehearing granted. The
facts and the law have been re-examined and the court
has been fully apprised in the premises.

A majority of the court is of the opinion that the pre-
vious decision in this case, reported at 253 P.2d 359, should
be affirmed for the reasons stated therein. It is so ordered.

HENRIOD, J., dissents.

HENDRICKS, D. J., dissents for the reasons set forth
in his former dissenting opinion.

CROCKETT, J., having disqualified himself, did not par-
ticipate herein.